# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:21-cv-00286-JMS-RT |
| CASE NAME: | U.S. Equal Employment Opportunity Commission v. ORI Anuenue Hale, Inc., et al. |
| ATTY FOR PLA: | *Anna Y. Park<br>Nakkisa Akahavan<br>Eric Yau |
| ATTYS FOR DEFTS: | *Jeffrey S. Portnoy<br>Nathaniel Dang |

| | | | |
|---|---|---|---|
| JUDGE: | J. Michael Seabright | REPORTER: | Gloria Bediamol |
| DATE: | 03/05/2024 | TIME: | 10:00am - 10:10a |

COURT ACTION:  EP:    SETTLEMENT ON THE RECORD held.

Ms. Susanna Cheung, ORI Anuenue Hale, Inc.'s President, present.  Jeffrey Portnoy and Nathaniel Dang, counsel for defendants, also present.

Ms. Anna Park and Ms. Nakkisa Akhavan,U.S. Equal Employment Opportunity Commission, participated by video teleconference.

Essential terms of settlement agreement stated on the record by Ms. Anna Park and agreed to by Mr. Portnoy.

Ms. Cheung voluntarily and knowingly agreed to the terms of the settlement.

Based upon representations by counsel and the agreement by Ms. Cheung, the Court finds that the essential terms of a valid and binding settlement agreement have been stated.

The court will retain jurisdiction over the matter as stated on the record and agree to by the parties. *See Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375 (1994).

The following dates are hereby vacated:
4/16/2024 9:00 a.m., Telephonic Final Pretrial Conference, Magistrate Judge Rom Trader
5/29/2024, 9:00 a.m., Jury Selection/Jury Trial, Judge J. Michael Seabright

All pending motions are terminated.


Submitted by: Shelli Mizukami, Courtroom Manager